IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. |
| | ) | 13-00391-01-CR-W-DW |
| ANTWAINNE L. PRATT, | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

On December 23, 2013, I order Defendant to undergo a competency evaluation (Doc. No. 20). Defendant was examined by Judith Campbell, Ph.D., who prepared a report dated May 2, 2014.

A competency hearing was held on May 13, 2014. The government was represented by Assistant United States Attorney Rudolph Rhodes. Defendant in person with appointed attorney Kent Hall. The parties stipulated to the contents and findings of Dr. Campbell's report (Tr. at 2). No additional evidence was presented (Tr. at 3). Both parties waived the fourteen-day objection period to this Report and Recommendation (Tr. at 3). Accordingly, it is

RECOMMENDED that the court, after making an independent review of the record and applicable law, enter an order finding Defendant competent.

                                            */s/ Robert E. Larsen*
                                            ROBERT E. LARSEN
                                            United States Magistrate Judge

Kansas City, Missouri
May 14, 2014