# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 13-00391-01-CR-W-DW |
| ANTWAINNE L. PRATT, | ) ) | |
| Defendant. | ) ) | |

**ORDER**

Before the Court is Magistrate Judge Robert E. Larsen's Report and Recommendation (Doc. 28). Both parties waived the 14-day period to file objections to the Report and Recommendation. After an independent review of the record and applicable law, the Court adopts Judge Larsen's Report and Recommendation and finds that Defendant Antwainne L. Pratt is not presently suffering from a mental disease or defect which would prevent him from understanding the nature and consequences of the proceedings against him or from assisting properly in his defense. Therefore, Mr. Pratt is competent to stand trial. Accordingly, it is ORDERED that:

1. The Report and Recommendation (Doc. 28) be attached to and made a part of this Order;

2. This action is placed on the joint criminal jury trial docket commencing June 9, 2014;

3. Pursuant to 18 U.S.C. §§ 3161(h)(1)(A) and (h)(4), the time between December 13, 2013 and the date of this Order is excluded in computing the time within which the trial of this criminal action must commence; and

4. Defendant's Motion for Psychiatric Examination and for Determination of Competency (Doc. 19) is MOOT.

SO ORDERED.

Date: May 16, 2014 _____/s/ Dean Whipple_____
Dean Whipple
United States District Judge